UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 14-8079 (LDW) |
| VLADIMIR EYDELMAN | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu and R. Joseph Gribko, Assistant U.S. Attorneys, appearing), and defendant Vladimir Eydelman (Walter F. Timpone, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to provide the parties additional time to schedule and enter defendant's guilty plea, and seven continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of effective preparation and so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have reached a plea agreement in this matter, rendering any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The parties need additional time to enter defendant's guilty plea; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 14 day of May, 2015,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from May 20, 2015; and it is further

ORDERED that the period from May 20, 2015 through and including July 19, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MARK FALK
United States Magistrate Judge

Form and entry
consented to:

_____
Shirley U. Emehelu
Assistant U.S. Attorney

_____
Scott B. McBride
Deputy Chief, Economic Crimes Unit

_____
Lisa M. Colone
Deputy Chief, Criminal Division

_____
Walter F. Timpone, Esq.
Counsel for defendant Vladimir Eydelman